**Affirmed as Modified and Memorandum Opinion filed September 3, 2020.**



In The

## Fourteenth Court of Appeals

---

### NO. 14-19-00360-CR

---

### KEITH DAVIS ANDERSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 27th District Court**
**Bell County, Texas[1]**
**Trial Court Cause No. 77981**

---

### MEMORANDUM OPINION

Appellant Keith Davis Anderson appeals his conviction for aggravated assault of a family member with a deadly weapon. Tex. Penal Code § 22.02(b)(1). Appellant's appointed counsel filed a brief concluding the appeal is frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S.

---

[1] The Supreme Court of Texas ordered the Third Court of Appeals to transfer this appeal to the Fourteenth Court of Appeals. We must decide the case in accordance with the precedent of the Third Court of Appeals if our decisions otherwise would have been inconsistent with that court's precedent. *See* Tex. R. App. P. 41.3.

738 (1967), by presenting a professional evaluation of the record and demonstrating why there are no arguable grounds to be advanced. *See High v. State*, 573 S.W.2d 807, 811–13 (Tex. Crim. App. 1978).

A copy of counsel's brief was delivered to appellant. Appellant was advised of his right to inspect the appellate record and file a pro se response to the brief. *See Stafford v. State*, 813 S.W.2d 503, 512 (Tex. Crim. App. 1991). Appellant requested and received a copy of the record on August 29, 2019. As of this date, no pro se response has been filed.

We reviewed the record and counsel's brief and agree the appeal is frivolous and without merit. Further, we find no reversible error in the record. We are not to address the merits of each claim raised in an *Anders* brief when we have determined there are no arguable grounds for review. *See Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005).

Counsel's brief does raise the constitutionality of the time-payment fee and requests the judgment be modified. *See Dulin v. State*, 583 S.W.3d 351, 353 (Tex. App.—Austin 2019, pet. granted). We modify the trial court's judgment to change the time-payment fee from $25 to $2.50 As modified, the trial court's judgment is affirmed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Zimmerer and Poissant.

Do Not Publish — Tex. R. App. P. 47.2(b).